Christyne M. Martens
Wyoming State Bar No. 7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
christyne.martens@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-159-J |
| DAMIEN ELRIC HUGHES, | |
| Defendant. | |

## PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for **DAMIEN ELRIC HUGHES.**

**DATED** this 14th day of November, 2023.

NICHOLAS VASSALLO
United States Attorney

By: _____
CHRISTYNE M. MARTENS
Assistant United States Attorney

BOND SET AT: Detain

_____
KELLY H. RANKIN
Chief United States Magistrate Judge