

**FILED**

**1:54 pm, 12/12/23**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

DAMIEN ELRIC HUGHES

Defendant.

Case Number: 23-CR-159-ABJ

## WRITTEN CONSENT AND WAIVER TO VIDEO APPEARANCE

I hereby acknowledge I have the right to have the judge appear in person for this proceeding, as opposed to having him/her appearing via a real-time video-conferencing system.

I hereby consent and waive any right to have the judge appear in person for this proceeding and consent to this proceeding being conducted via real-time video.

Dated this 12th day of December, 2023.

_____
Defendant's Signature

WY 106

Rev. 04/011/2019