

FILED

**Margaret Botkins**
**Clerk of Court**

9:50 am, 12/15/23

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

DAMIEN ELRIC HUGHES

Defendant.

Case Number:   23-cr-159-ABJ

Date 12/15/2023   Time 8:37 - 9:27 AM   Before the Honorable   Kelly H. Rankin

☐ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☐ Initial Appearance   ☑ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Distribution of Child Pornography (1)
Possession of Child Pornography (2)

| MiYon Bowden | FTR Recording | Brett Bohlender |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Margaret Vierbuchen | Lauren Kuzmanovich | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing   Tracy Hucke
☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

MAGISTRATE CRIMINAL PROCEEDING SHEET

**BOND IS**
- ☐ Defendant is detained
- ☑ Set at $ 20,000.00    ☐ Cash or Surety    ☑ Unsecured
- ☐ Continued on the same terms and conditions
- ☐ Detention hearing set for:  Date _____  Time _____
-     Judge _____

| | |
|---|---|
| ☑ Obey all laws, Federal, State and Local | ☑ Maintain current residence |
| ☑ Seek/Maintain employment | ☑ Report to Pretrial Services as directed |
| ☐ 3rd party custody of _____ | ☑ Travel restricted to District of Wyoming |
| ☑ Not use or possess firearms/ammunition/explosives | ☐ Abide by the following curfew _____ |
| ☑ Not use or possess alcohol | ☑ Not use or possess controlled substances/drugs |
| ☐ Not use alcohol to excess | ☐ Avoid all contact with _____ |
| ☐ Submit to drug/alcohol testing | ☐ Post property or sum of money _____ |
| ☑ Do not obtain passport | ☑ Undergo medical/psychiatric treatment/exam |
| ☐ Surrender passport to _____ | ☐ Mandatory DNA collection |

☑ Other  See order for further details and conditions.

☐ Bail review / detention hearing    Date _____

☐ Defendant detained- Reasons _____

**Arraignment**

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
<u>1, 2, 3, 4, 5, 6, 7, 8, and 9</u> of an
Indictment

☐ Guilty to count(s) _____ of an _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☑ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed ☐ Days ☐ On or Before ☐ Discovery
☑ Trial date set for 2/20/2024 at 1:30 PM Before Honorable Alan B. Johnson
in Cheyenne, Wyoming (Courtroom 2)
☑ Speedy trial expires on 2/21/2024
☐ Other