AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| United States of America<br>v.<br>**DAMIEN ELRIC HUGHES**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-CR-159-J |

**FILED**

4:48 pm, 11/16/23

**Margaret Botkins**
**Clerk of Court**

**RECEIVED**
By U.S. Marshals Service at 3:12 pm, Nov 20, 2023

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **DAMIEN ELRIC HUGHES**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1 - 8:  18 U.S.C. §§ 2252A(a)(2)(A),(b)(1) - Distribution of Child Pornography
COUNT 9:  18 U.S.C. §§ 2252A(a)(5)(B),(b)(2) - Possession of Child Pornography

Date:  11/16/2023

*Issuing officer's signature*

City and state:  Cheyenne, Wyoming

Kelly H. Rankin, Chief US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/2023, and the person was arrested on *(date)* 12/11/2023
at *(city and state)* CHEYENNE, WYOMING.

Date:  12/15/2023

*Arresting officer's signature*

Paul Duran, DUSM
*Printed name and title*