# Gary Seder

208 S. College Drive, Cheyenne, WY 82007  |  C: (307) 274-2270  |  Email: gary.seder@wyo.gov

## *Summary*

Special Agent Seder has been a law enforcement professional with over 30 years of law enforcement including, 10 years ICAC investigations and 4 years as MT ICAC Commander. Special Agent Seder as specialized training to target and identify persons such as those using the Internet to possess, manufacture and distribute child sexual abuse material. Specifically, twelve years' experience in internet investigation techniques with a focus towards digital evidence, wireless and other Internet access basics, and instruments of child exploitation.

To conduct those investigations Special Agent Seder has specialized training and Proficiency in using peer 2 peer software to on the Emule, Gnutella, Ares, and BitTorrent networks.  Further Special Agent Seder has specialized training in online undercover techniques for chat investigations.

## *Professional Experience*

### State of Wyoming DCI, ICAC, Computer Crimes Team

*Special Agent, ICAC Investigations* (02/28/2022 – Present)

Conduct investigations of alleged or suspected violations of criminal laws in Wyoming involving Internet Crimes against Children (ICAC) as member of the Wyoming ICAC Task Force, Computer Crime Team. Conduct proactive investigations online by working undercover in numerous chat rooms and social media platforms. Identify suspects involved in the possession and distribution of child sexual abuse material, via peer 2 peer networks. Collect digital evidence from online sites, analyze digital evidence obtained from service providers and social media companies. Utilize proper search techniques online to maximize search results on social media sites open to the public. Proficient in setting up undercover accounts to help locate offenders. Apply for and execute search warrants, process crime scenes to include interviewing witnesses, interrogating suspects, and writing accurate and detailed reports. Conduct complete and thorough investigations of Cyber Tips. Trained and proficient in the BitTorrent, Gnutella, Ares and Emule networks, OS Triage software, Internet Relay Chat (IRC), undercover online and Freenet investigations.

### State of Montana DOJ/DCI

*Crime Information Bureau Chief* (05/07/2018 – 12/17/21, Retired)

Manage the DCI Crime Information Bureau (CIB) made up of nearly forty full time staff members. CIB consists of the criminal records, criminal justice information network, missing persons, Sexual and Violent offender registry, training and auditing, fusion center, cybercrime, human trafficking, forensics,

and Internet crimes against children, units. Serve as MT CJIS security officer and manage multimillion dollar budget. Write, submit, and manage numerous federal grants. Oversee the Montana ICAC Task Force as ICAC Commander. Write and maintain MOUs, train personnel, order equipment, and operate task force within financial means of the grant. Assign, supervise, assist and review ICAC, Human Trafficking, and cybercrime investigations.

*ICAC / Child Sex Trafficking / ICAC TF Commander* (12/10/09 – 05/07/2018)

Conduct investigations of alleged or suspected violations of criminal laws in Montana involving Internet Crimes against Children (ICAC) and Sex trafficking as member of the Montana ICAC Task Force. Conduct proactive investigations online by working undercover in numerous chat rooms and social media platforms. Identify suspects involved in the possession and distribution of Child Sexual Abuse material via peer 2 peer networks. Collect digital evidence from online sites, analyze digital evidence obtained from service providers and social media companies. Utilize proper search techniques online to maximize search results on social media sites open to the public. Proficient in setting up undercover accounts to help locate offenders. Work extended hours, travel, and conduct surveillance. Apply for and execute search warrants, process crime scenes to include interviewing witnesses, interrogating suspects, and writing accurate and detailed reports. Identify and locate victims of child sex trafficking. Investigate illicit massage parlors, and conduct undercover operations identify suspects looking for sexual services. Conduct complete and thorough investigations of cybertips. Conduct public awareness presentations. Proficient in BitTorrent, and Emule P2P investigations. Trained in OS Triage, IRC, undercover online and Freenet investigations. Maintain certifications as Firearms Instructor, Glock armor and Colt rifle armor.

*Narcotics Investigator* (7/15/02 – 12/09/09)

Conduct investigations of alleged or suspected violations of criminal and civil laws within the State of Montana in relation to illegal drug activities. Work extended hours in adverse weather conditions. Work investigations involving daily travel with extended periods away from home. Work long term and short term in an undercover capacity to gather evidence of alleged illegal activity. Establish, obtain, and keep secure information and documents through analysis of intelligence reports, criminal justice information, public documents, and surveillance. Meet with, establish and maintain working relationships with Chiefs, Sheriff's, and designated Agency contacts. Confer with peers and supervisors on investigative techniques. Determine need for input/assistance from local, state, and federal law enforcement agencies, and optimize the use of available staff and funding. Apply for and serve investigative subpoenas, grand jury subpoenas, and search warrants. Fill out operation plans and brief joint-agencies during investigations. Execute search warrants, process crime scenes, photograph locations, and seize all relevant evidence as outlined in search warrants. Prepare accurate property receipts for items seized and prepare search warrant returns to judges. File all needed documents with clerk of court. Direct and/or incorporate work and findings of other agencies. Conduct and direct complex conspiracy investigations. Maintain monthly weapon and tactical entry training. Provide annual training to all members of agency on ASP re-certification and use of force policy. Maintain quarterly passing scores on qualifications of handguns, rifle, and shotgun.

Gary Seder

**Yellowstone County Sheriff's Office**

*City/County Special Investigations Unit (CCSIU)* (10/01/00 – 7/14/02)

Plan, direct, and execute investigations of narcotic sales, manufacture of illegal drugs, major fraud, theft of services, money laundering and other alleged criminal activities as assigned. Self-initiate investigations on complaints of crimes, gather information, collect evidence, and work closely with other state and federal agencies. Manage files, order, maintain and operate equipment. Corroborate all information for accuracy of facts and evidence. Present case to attorneys, judges, and jurors. Maintain contact with witnesses/ informants for future testimony in court.

*HUD-OIG Investigations- Safe Home Task Force* (12/31/99 – 10/1/00)

Execute investigations of Felony violent crimes in and around Public Housing units both on and off of Indian Country reservations in Montana. Investigate allegations of misconduct in public housing to include fraud and drug use. Review contracts to determine possible area of abuse. Investigate allegations against improper use of funds as delegated by the Housing and Urban Develop (HUD) for housing. Function as liaison with BIA on HUD investigations. Manage, as case agent, complex covert, and overt operations. Operate and maintain technical equipment needed for undercover operations and investigative needs. Develop required connections to offices and other law enforcement agencies and prepare strategy and op-plans to identify concerns and plan actions of remedy.

*City/County Special Investigations Unit, Street Crimes, FBI Task Force* (7/1/99 – 12/31/99)

Assigned to the city/county special investigations unit on a multi-agency Safe Streets Task Force, deputized as a Special Agent with the Federal Bureau of Investigation, assist as departmental case agent on a multi-state Federal Interstate Transportation in aid of racketeering (ITAR) investigations. Collect, assemble, and develop facts and other pertinent data; think logically and objectively. Develop connections throughout US to establish evidence of ITAR. Locate victims and complete detailed debriefings from past association of criminal activity. Utilize CJIN services for offline searches, driver's license searches, license plate reader history searches, and conduct background checks through NCIC. Determine what information was needed for successful prosecution and how to obtain the evidence. Prepare proper records, maintain, and enter data, develop timelines, and link analysis charts. Experience gained in use of tracking through analytical methods. Develop and prepare detailed and accurate report of findings. Assist in presentation of complex conspiracy cases to United States Attorneys. Prepare and execute a federal search warrant supporting investigation.

*Deputy Sheriff, Field Training Officer, Community Police Officer* (4/1/96 – 7/1/99)

Perform standard duties of Law Enforcement to include, patrolling, taking reports, making arrests, assisting citizens, providing medical aid to victims, as well as obtain, process, and secure evidence. Enforce all Montana Code Annotated laws to in include, traffic violations, criminal violations of crimes against people, property crimes and Fish and Game laws. Conduct post-enforcement activities on Community Oriented Policing, to include meetings with the public. Developing and implementing strategies to help provide a safer community. Wrote FTO Program policy and guidelines for Department. Professionally train new Law Enforcement officers through a detailed and intense Field Training Program. Function as commanding officer for shift in absence of Sergeant. Conduct

Gary Seder

thorough interview and interrogations. Identify suspects and provide Miranda warning prior to interview and receiving confession. Maintain quarterly proficiency with firearms. Conduct monthly training as member of Department SWAT team. Work on tactical entries, handcuffing, and officer survival in high-risk warrant executions. Respond to calls of assistance for SWAT team by entering buildings of high risk and securing Felony offenders.

**Bighorn County Sheriff's Office**

*Chief Deputy, Drug Task Force Coordinator* (3/11/94 - 3/31/96)

Oversee supervisors of patrol, detention, and dispatch, administer department disciplinary procedures, and manage annual budget. Direct the Bighorn County/Bureau of Indian Affairs/Crow Tribal Police Drug Task Force operations by holding meetings, purchasing needed equipment, setting up policy, monitor cases investigations, and assist with cross designation for task force members. Coordinate appropriate Memorandum of Understandings. Maintain good working relationship with multiple agencies within boundaries of Indian Country. Assist Bureau of Indian Affairs Criminal Investigators with investigations on and off Indian Country. Determine and guide how major investigations would be conducted. Set up, organize, and chair meetings with multi-jurisdictions.

*Sergeant, Patrol Division* (7/12/92 – 3/10/94)

Supervise patrol division of Sheriff's Office. Review reports for accuracy and completion, enforce policy and procedures, and administer appropriate disciplinary action of policy violations. Prepare and maintain work schedule covering all shifts, vacations, sick leave, special events, etc. Assist in proper direction of investigations. Train newly hired Deputies.

*Deputy Sheriff, Patrol Division* (12/31/90 – 7/11/92)

Work assigned rotating shifts. Routine uniform patrol responding to calls for service and conducting traffic stops. Investigate criminal violations of state, county, and city laws. Investigate misdemeanor and Felony crimes such as burglaries, domestic disturbances, fraud, assaults secure and process crime scenes, interview victims, witnesses, and suspects, collect and process evidence. Prepare clear, detailed, and complete written reports. Utilize tools to Law Enforcement such as CJIN services and NCIC. Obtain clear identifiable fingerprints from suspects for criminal background checks. Collaborate closely with other members of office to help maintain a safe working environment.

**United States Army**

*Military Policeman (MOS: 95BQ9)* (6/7/87 – 6/6/90)

Perform duties of Military Policeman in garrison unit. Patrol boundaries of military reservation and enforce laws within boundaries on both military and non-military personnel. Issue appropriate tickets under UCMJ or Federal Magistrate. Respond and gather appropriate information on calls for service to include, but not limited to theft, fraud, assault, and vandalism. Prepare accurate, detailed, and complete report of findings. Respond to and investigate vehicle accidents as accident investigator. Record and calculate measurements to determine crash causes and speeds of vehicles.

Gary Seder

*Education*

- Basic Police Academy Graduate (1992)
  Montana Law Enforcement Academy, Bozeman, MT

- Military Police Academy Graduate (1987)
  Ft. McClellan Army Post, Ft. McClellan, AL

- High School Diploma (1987)
  Hardin High School, Hardin, MT

*Awards/Certificates*

| | |
|---|---|
| 1993 | Basic Peace Officer Certificate, Montana POST. |
| 1996 | Intermediate Peace Officer Certificate, Montana POST. |
| April 1997 | Letter of Recognition from Sheriff Chuck Maxwell, April 1997. |
| October 1997 | Letter of Commendation, from Sheriff Chuck Maxwell. |
| April 2000 | Certificate of Appreciation, from Louis Freeh, Director, FBI. |
| May 2000 | Letter of appreciation, from Assistant U.S. Attorney Shelly Hicks. |
| October 2000 | Meritorious Service Award, from US Attorney Sherry Matteucci. |
| 2001 | Advanced Peace Officer Certificate, Montana POST. |
| 2009 | Montana Governors Award for excellence in performance. |
| 2015 | MT DOJ/DCI Award of Excellence, 2015. |
| 2018 | Ongoing Instructor certificate, Montana POST (exp 2022) |
| 2019 | Peace Officer Command certificate, Montana POST |
| 2021 | Patriotic Employer certificate, from Secretary of Defense |
| 2022 | Professional Peace officer Certificate, State of Wyoming |

*Special Skills*

- Wireless forensics
- Trained in Peer 2 Peer Investigations on:
  - Gnutella Network
  - BitTorrent Network
  - Emule Network
  - Ares Network
  - Freenet
- Trained in online Freenet Investigations
- Trained in OS triage software
- Cybertip management and investigative procedures
- Grant Writing
- Employee Training

*Expert Testimony (previous four (4) years*

- None

*Publications (last 10 years)*

- None

5