# DANIEL J BROWN

1847 E Pershing Blvd • Cheyenne, Wyoming 82001
(307) 670-1028 • djbrown050@gmail.com

## Summary of Qualifications

- Assist Law Enforcement with Digital Forensics investigations.
- Ability to effectively communicate and network with people.
- Confident in public speaking and training others.
- Self-motivated and eager to learn.
- Provide quality organizational and time management skills.
- Develop how-to guides for fellow co-workers.

## Education

**Champlain College**, Burlington, Vermont
*Pursuing a Bachelor's degree in Computer Forensics and Digital Investigation - Projected Graduation Spring of 2023*

**Fox Valley Technical College,** Cheyenne, Wyoming
*Law Enforcement Administrative Program - October 2021*

**Gillette Community College**, Gillette, Wyoming
*Certified PC Technician - 2019*

## Certificates

Intermediate Digital Forensic Analysis: SQLite Primer, September 2022

Basic Digital Forensics Analysis: Seizure, May 2022

Report Writing and Courtroom Survival, April 2022

osTriage Intermediate Investigations, March 2022

Investigative Considerations with iPhones and Other iOS Devices, February 2022

Advanced Digital Forensics Analysis: Windows, January 2022

Innovative Approaches in ICAC Investigations, November 2021

osTriage Introduction and Basic, October 2021

Griffeye DI Pro, April 2021

## Professional Experience

**Division of Criminal Investigation,** Cheyenne, Wyoming August 2022-Present
*Digital Forensics Investigator*

Work experience in the following areas:

- Assist Special Agents of the Division of Criminal Investigation with digital forensic needs.
- Assist other Federal, State, and local law enforcement agencies with digital forensic needs.
- Create forensic copies of digital evidence, process the evidence, and analyze the resulting data for criminal activity.
- Ensure accurate tracking of cell phones examined with Cellebrite and GrayKey.
- Experience with Activity Manager, Axiom, Belkasoft, Cellebrite Physical Analyzer, Cellebrite UFED 4PC, ddrescue Detego, EnCase, FTK, Griffeye DI Pro, Griffeye Standalone GID, Oxygen Forensic Detective, Synology NAS experience, VM workstation, and X-Ways Forensics.
- Responsible for shipping cell phones to Cellebrite Advanced Services.
- Maintain/update servers and forensics systems running the Linux, Mac, and Windows operating systems.
- Manage user accounts and resource access on the Computer Crime Team (CCT) / Internet Crimes Against Children (ICAC) network.

- Maintain office and undercover network equipment
- Create and maintain Virtual Workstations to acquire, process, and analyze evidence suspected of containing malicious software such as ransomware.
- Created and maintain the Detego rapid response kit.
- Develop training guides to meet the needs of the CCT/ICAC such as the Detego rapid response kit for child abductions.
- Create tools with Python code to assist with repetitive tasks such as the organization of Child Sex Abuse Material.
- Responsible for evidence disposal.
- Configure and maintain systems for defense attorneys for the evidence reviewing processes.
- Maintain server room equipment.
- Create and maintain Griffeye Standalone GID to act as an image library of Child Sex Abuse Material.
- Set up and configure forensic workstations.

**Division of Criminal Investigation**, Cheyenne, Wyoming January 2021-August 2022
*Digital Forensics Examiner - Intern*

Accumulated over 760 hours of job-related work experience in the following areas:

- Assisted Special Agents of the Division of Criminal Investigation, Federal, State, and local law enforcement agencies with digital forensic needs. Which included Creating forensic copies of digital evidence, processing the evidence, and analyzing the resulting data for criminal activity. Maintained/updated servers and forensics systems running the Linux, Mac, and Windows operating systems.

**Perfect Painting**, Gillette, Wyoming November 2018 - June 2019
*Snow Removal Crew Member/Snow Removal Crew Leader*

- Operated snow removal equipment for residential and commercial buildings.
- Managed seven team members.
- Responsible for keeping snow and ice removed from the Assisted Living Center.
- Managed inventory of snow removal tools and products.
- Tasked with coordinating with the Assisted Living Center manager.

## Professional Affiliations

Internet Crimes Against Children Task Force
*Current Member*