UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>DAMIEN ELRIC HUGHES,<br><br>           Defendant. | Case No. 23-CR-159-ABJ |

## ORDER GRANTING MOTION FOR ENDS OF JUSTICE CONTINUANCE AND TO EXCLUDE TIME FROM SPEEDY TRIAL ACT TIME LIMITS

In accordance with the motion of Defendant Damien Elric Hughes for a 70-day ends-of-justice continuance, the Court finds that, for the reasons stated in Mr. Hughes' motion, "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Thus:

**IT IS ORDERED** that Mr. Hughes' motion is **GRANTED**.

**IT IS ORDERED** that the trial set for February 20, 2024, is vacated.

**IT IS ORDERED** that this time is excluded from the Speedy Trial Act calculation.

Finally, it is **ORDERED** that the trial is reset for _____, 2024 at _____ a.m./p.m.

2

**DATED** this _____ day of January 2024.

_____
HON. ALAN B. JOHNSON
United States District Court Judge

Case 2:23-cr-00159-ABJ   Document 24-1   Filed 01/25/24   Page 2 of 2

2