Christyne M. Martens WSB #7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
christyne.martens@usdoj.gov

Andrew Francisco
District of Columbia Bar No. 1619332
Federal Public Defender's Office
104 South Wolcott Street, Suite 601
Casper, WY 82601
307-772-2781
andrew_francisco@fd.org

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DAMIEN ELRIC HUGHES,**<br><br>Defendant. | Criminal No. 23-CR-159-J |

## JOINT STATUS REPORT

The government and defense counsel are working toward a negotiated plea agreement which they anticipate filing prior to the April 22, 2024, deadline.

**DATED** this 15th day of April, 2024.

                                              NICHOLAS VASSALLO
                                              United States Attorney

                                        By:  */s/ Christyne M. Martens*
*/s/ Andrew Francisco*                              CHRISTYNE M. MARTENS
ANDREW FRANCISCO                         Assistant United States Attorney
Attorney for Defendant Damien Elric Hughes