

FILED

**Margaret Botkins**
**Clerk of Court**

11:26 am, 4/22/24

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

vs.

Damien Elric Hughes

Defendant.

Case Number:   2:23-cr-00159-ABJ-1

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date April 22, 2024      Time   10:25am - 11:25am

☐ Arraignment   ☑ Change of Plea      Before the Honorable   Alan B. Johnson

Interpreter: N/A                Int. Phone: N/A

| Becky Harris | Melanie Sonntag | Ashleigh Miller | N/A |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government: Cameron Cook

Defendant:   David Weiss

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 9 of an Indictment
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| | ☑ Sentencing set for July 2, 2024 at 9:30 AM |
| ☐ Trial date set for _____ at _____ in _____ | in Cheyenne Courtroom 2 |
| | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☑ Count(s) 1 - 8 to be dismissed at time of sentencing |
| ☐ Other _____ | |

WY54                                                                                           Rev. 03/14/2024

BOND IS  ☐ Defendant is detained

☐ Set at _____ ☐ Cash or Surety ☐ Unsecured

☑ Continued on the same terms and conditions

☐ Continued on bond with the following conditions:

☐ Released on bond with the following conditions:

☐ 3rd party custody of _____   ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed   ☐ Travel restricted to _____
☐ Maintain current residence   ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol   ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing   ☐ Avoid all contact with _____
☐ Surrender passport to _____   ☐ Post property or sum of money _____
☐ Obey all laws.  Federal, State and Local   ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____