UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 23-CR-159-ABJ |
| DAMIEN ELRIC HUGHES, | |
| Defendant. | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS MATTER having come before the Court upon written motion by Mr.
Hughes' court-appointed attorney, and the Court having reviewed the file and being
fully advised finds that good cause has been shown to continue the sentencing
hearing currently set for September 17, 2024.

IT IS THEREFORE ORDERED that the sentencing hearing set for
September 17, 2024, at 9:30 a.m. is vacated and reset for _____, 2024 at
_____ a.m./p.m.

DATED this _____ day of September 2024.

_____
HON. ALAN B. JOHNSON
U.S. District Court Judge