

**FILED**

*11:31 am, 9/12/24*

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 23-CR-159-ABJ |
| DAMIEN ELRIC HUGHES, | |
| Defendant. | |

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS MATTER having come before the Court upon written motion by Mr. Hughes' court-appointed attorney, and the Court having reviewed the file and being fully advised finds that good cause has been shown to continue the sentencing hearing currently set for September 17, 2024.

IT IS THEREFORE ORDERED that the sentencing hearing set for September 17, 2024, at 9:30 a.m. is vacated and reset for November 21, 2024 at 1:30 p.m.

DATED this 12th day of September 2024.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE