UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 23-CR-159-ABJ |
| DAMIEN ELRIC HUGHES, | |
| Defendant. | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS MATTER having come before the Court upon written motion by Mr. Hughes' court-appointed attorney, and the Court having reviewed the file and being fully advised finds that good cause has been shown to continue the sentencing hearing currently set for November 21, 2024.

IT IS THEREFORE ORDERED that the sentencing hearing set for November 21, 2024, at 1:30 p.m. is vacated and reset for _____, 2025 at _____ a.m./p.m.

DATED this _____ day of November 2024.

_____
HON. ALAN B. JOHNSON
U.S. District Court Judge