
UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAMIEN ELRIC HUGHES,<br><br>    Defendant. | CASE NO. 23-CR-159-ABJ |

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

THIS MATTER having come before the Court upon written motion by Mr. Hughes' court-appointed attorney, and the Court having reviewed the file and being fully advised finds that good cause has been shown to continue the sentencing hearing currently set for November 21, 2024.

IT IS THEREFORE ORDERED that the sentencing hearing set for November 21, 2024, at 1:30 p.m. is vacated and reset for January 30, 2025 at 9:30 a.m.

DATED this 14th day of November 2024.

ALAN B. JOHNSON
U.S. District Court Judge