IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-159-J |
| DAMIEN ELRIC HUGHES, | |
| Defendant. | |

### ORDER GRANTING LEAVE TO FILE DISMISSAL OF INDICTMENT AS TO DEFENDANT DAMIEN ELRIC HUGHES WITHOUT PREJUDICE

After due consideration of the United States' Motion for Leave to File Dismissal, the Court hereby **GRANTS** the United States Attorney leave to file a dismissal without prejudice of the Indictment against the Defendant, Damien Elric Hughes, for the reason that the Defendant is deceased.

DATED this 24th day of January, 2025.

*/s/ Alan B. Johnson*
ALAN B. JOHNSON
United States District Judge